296-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AFRODITE SEA TRADE S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AFRODITE SEA TRADE S.A.,

                    Plaintiff,

  -against-

SHINE STAR SEA-TRANSPORT PTE. LTD.,

                  Defendant.
-------------------------------------------------------------------x

07 CIV.     (   )

**RULE 7.1 STATEMENT**

AFRODITE SEA TRADE S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
       June 13, 2007

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Plaintiff
                         LIBRA SHIPPING SERVICES LLC

   By:   /s/ Manuel A. Molina
            Don P. Murnane, Jr. (DM 3639)
            Manuel A. Molina (MM 1017)

NYDOCS1/285120.1