James F. Sweeney
Michael J. Carcich
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1081
(212) 220-3830
*Attorneys for Defendant*
 *Benxi Northern Steel Pipes Co. Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
AFRODITE SEA TRADE S.A..,

      Plaintiff

– v. –                                           07 CV 5626 (DAB) (MHD)

SHINE STAR SEA-TRANSPORT                         NOTICE OF
PTE, LTD., *et al.*                              **RESTRICTED APPEARANCE**

      Defendants.                        **ELECTRONICALLY FILED**

-------------------------------------------------------x

      Nicoletti Hornig & Sweeney enter a restricted appearance under Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to defend the claims against Defendant Benxi Northern Steel Pipes Co. Ltd. in the Second Amended Verified Complaint.

Dated: March 10, 2008
     New York, New York

                      NICOLETTI HORNIG & SWEENEY

                      *Attorneys for Defendant*
                        *Benxi Northern Steel Pipes Co. Ltd.*

                      By:    /s Kevin J.B. O'Malley
                            Kevin J.B. O'Malley
                            Wall Street Plaza
                            88 Pine Street, Seventh Floor
                            New York, New York 10005-1801
                            (212) 220-3830