James F. Sweeney
Michael J. Carcich
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1081
(212) 220-3830
*Attorneys for Defendant*
   *Benxi Northern Steel Pipes Co. Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
AFRODITE SEA TRADE S.A..,

        Plaintiff

   – v. –     **07 CV 5626 (DAB) (MHD)**

SHINE STAR SEA-TRANSPORT     **ELECTRONICALLY FILED**
PTE, LTD., *et al.*

        Defendants.

------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS
## AND TO VACATE PROCESSES OF
## MARITIME ATTACHMENT AND GARNISHMENT

To:   FREEHILL, HOGAN & MAHAR, LLP
      80 Pine Street
      New York, New York 10005
      *Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, upon the attached Declaration of Kevin J.B. O'Malley and the exhibits thereto, upon the pleadings herein and upon the accompanying Memorandum of Law, Defendant Benxi Northern Steel Pipes Co. Ltd., by and through its undersigned attorneys, will move this Court, Deborah A. Batts, U.S.D.J., United States District Court, 500 Pearl Street, Courtroom 24B, New York, New York 10007, on the 8th day of April 2008 at 9:30 a.m., or as

soon thereafter as counsel may be heard, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule E of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, dismissing the claim asserted against it in the Second Amended Verified Complaint and vacating the Processes of Maritime Attachment and Garnishment issued against it.

Dated: March 10, 2008
     New York, New York

                              NICOLETTI HORNIG & SWEENEY

                              *Attorneys for Defendant*
                                 *Benxi Northern Steel Pipes Co. Ltd.*

                            By:    /s Kevin J.B. O'Malley
                                    Kevin J.B. O'Malley
                                    Wall Street Plaza
                                    88 Pine Street, Seventh Floor
                                    New York, New York 10005-1801
                                    (212) 220-3830