UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
AFRODITE SEA TRADE S.A.

                Plaintiff

- against -

SHINE STAR SEA-TRANSPORT PTE LTD
NINGBO MINMETALS & MACHINERY
IMP. & EXP. CORP., SHENYANG SANYO
BUILDING MACHINERY CO. LTD., BENXI
NORTHERN STEEL PIPES CO. LTD. and
RILICO SINGAPORE PTE. LTD.

                Defendants
------------------------------------------------------

THIS IS THE EXHIBIT MARKED
"RAH 3"

## Receipt

We hereby confirm receipt from the Owners' agent, World Marine Shanghai Office, of the original B/L No. [XJ12] (in 3 sets) issued by the Master of Altair.

XJ12

We also acknowledge that the above original B/L is the only genuine B/L signed by the Master of Altair who is the only authorised signatory of Bs/L according to the C/P dated 22.03.07.

Signed and chopped
For and on behalf of
[Insert the full style of the Shippers] Tianjin  Transportation Co., Ltd.

Dated: 24th May 2007

---

## Receipt

We hereby confirm receipt from the Owners' agent, World Marine Shanghai Office, of the original B/L No. [...] (in 3 sets) issued by the Master of Altair.

XJ10

We also acknowledge that the above original B/L is the only genuine B/L signed by the Master of Altair who is the only authorised signatory of Bs/L according to the C/P dated 22.03.07.

Signed and chopped
For and on behalf of
[Insert the full style of the Shippers]

Dated: [UFS stamp] 07

Unit B, 10F, Block 1, Innotee Tower
215 NanJing Road, Tianjin, China.