UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
AFRODITE SEA TRADE S.A.

                Plaintiff

- against -

SHINE STAR SEA-TRANSPORT PTE LTD
NINGBO MINMETALS & MACHINERY
IMP. & EXP. CORP., SHENYANG SANYO
BUILDING MACHINERY CO. LTD., BENXI
NORTHERN STEEL PIPES CO. LTD. and
RILICO SINGAPORE PTE. LTD.

                Defendants
-------------------------------------------------

---

THIS IS THE EXHIBIT MARKED
"RAH 4"

---

NORTHERN STEEL PIPES CO., LTD.  
TURING ROAD MINGSHAN DISTRICT,  
CITY, CHINA  
T:85-414-726-1001 F:85-414-726-8388

AAL/JED-040024

STAR PTY LTD

DIAMOND INC. 2F-1, NO. 5, JINZHOU  
TAIPEI, TAIWAN

V.0704

TIANJIN SEAPORT

| 86 BUNDLE(S) | SHIPPER'S LOAD, COUNT & SEAL (86XSHPT) CONTAINERS S.T.C. | 249.47 MT |

~ SAUDI ARABIA  
FOB TIANJIN SEAPORT  
STEEL PIPE  
1. 24"X9.5MMX12 METER QTY: 6 PCS  
2. 30"X9.5MMX12 METER QTY: 3 PCS  
3. 36"X9.5MMX12 METER QTY: 10 PCS  
4. 48"X9.5MMX12 METER QTY: 22 PCS  
5. 52"X11.9MMX6 METER QTY: 16 PCS  
6. 52"X10.3MMX6METER QTY: 48 PCS  
TOTAL QTY: 105 PCS  
AS PER P/I NO.PI07602  
DOC CREDIT NUMBER:7UH1700011001  
CLEAN ON BOARD: MAY,05, 2007

86 BUNDLES = 105 PCS

May 05,2007

SAY EIGHTY SIX(86XSHPT)CONTAINERS ONLY

FREIGHT COLLECT

MAY,05,2007

THREE(3)

ASIA ACCESS EXPRESS CO., LTD  
TEL:755-8231-6519 ATTN: MR. MIAO

PDF created with pdfFactory Pro trial version www.pdffactory.com