296-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AFRODITE SEATRADE S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AFRODITE SEA TRADE S.A.,

                  Plaintiff,

-against -

SHINE STAR SEA-TRANSPORT PTE. LTD.,
NINGBO MINMETALS & MACHINERY IMP. &
EXP. CORP., SHENYANG SANYO BUILDING
MACHINERY CO. LTD., BENXI
NORTHERN STEEL PIPES CO. LTD., and
RILICO SINGAPORE PTE. LTD.,

                  Defendants.
------------------------------------------------------------------x

07 CIV 5626 (DAB)

**MOLINA AFFIDAVIT IN OPPOSITION TO MOTION TO VACATE OR TO REDUCE ORDER OF ATTACHMENT**

State of New York  )
                         ) ss.:
County of New York )

      MANUEL A. MOLINA, being duly sworn, deposes and says as follows:

      1.      I am a member of the Bar of the United States District Court, Southern District of New York, admitted to practice before this Court and I am an associate of the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff AFRODITE SEA TRADE S.A.

NYDOCS1/301196.1

2. This Affidavit is submitted in opposition to the motion of Defendant BENXI NORTHERN STEEL PIPES CO. LTD.

3. Annexed hereto as Exhibit A hereto is a copy of the Second Amended Verified Complaint filed in this action.

Dated: New York, New York
March 24, 2008

*/s/ Manuel A. Molina*
Manuel A. Molina

Sworn to before me this
24 day of March, 2008

*/s/ Hazel S. Rosenthal*
Notary Public

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified In Queens County
Certified in New York County
Commission Expires Dec. 31, 2010