James F. Sweeney
Michael J. Carcich
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1081
(212) 220-3830
*Attorneys for Defendant*
  *Benxi Northern Steel Pipes Co. Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
AFRODITE SEA TRADE S.A..,

       Plaintiff

  – v. –

SHINE STAR SEA-TRANSPORT
PTE, LTD., *et al.*

       Defendants.

------------------------------------------------------x

**07 CV 5626 (DAB) (MHD)**

**RULE 7.1 STATEMENT**

**ELECTRONICALLY FILED**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Benxi Northern Steel Pipes Co. Ltd (a private, non-governmental party) certifies that said party is a wholly owned subsidiary of Beitai Iron & Steel Group Co., Ltd.

Dated: March 26, 2008
      New York, New York

                         NICOLETTI HORNIG & SWEENEY

                        *Attorneys for Defendant*
                          *Benxi Northern Steel Pipes Co. Ltd.*

              By:    /s Kevin J.B. O'Malley
                     Kevin J.B. O'Malley
                     Wall Street Plaza
                     88 Pine Street, Seventh Floor
                     New York, New York 10005-1801
                     (212) 220-3830