James F. Sweeney
Michael J. Carcich
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1081
(212) 220-3830
*Attorneys for Defendant Benxi Northern Steel Pipes Co. Ltd.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
AFRODITE SEA TRADE S.A..,

        Plaintiff

  – v. –                                           07 CV 5626 (DAB) (MHD)

SHINE STAR SEA-TRANSPORT          **AMENDED**
PTE, LTD., *et al.*                                **<u>RULE 7.1 STATEMENT</u>**

       Defendants.

                                           **ELECTRONICALLY FILED**
-------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Benxi Northern Steel Pipes Co. Ltd. certifies that said party is a wholly owned joint venture of Beitai Iron & Steel Group Co., Ltd. ("Beitai") and North Steel HK Ltd. ("North Steel").  North Steel is wholly owned by Beitai.  Beitai is wholly owned by the government of the People's Republic of China.

Dated: April 3, 2008
       New York, New York

                                     NICOLETTI HORNIG & SWEENEY

                                     *Attorneys for Defendant Benxi Northern Steel Pipes Co. Ltd.*

                                By:    <u>/s Kevin J.B. O'Malley</u>
                                        Kevin J.B. O'Malley
                                        Wall Street Plaza
                                        88 Pine Street, Seventh Floor
                                        New York, New York 10005-1801
                                        (212) 220-3830