**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x

AFRODITE SEA TRADE S.A.., x

Plaintiff x

– v. – x **07 CV 5626 (DAB)**

SHINE STAR SEA-TRANSPORT PTE, LTD., *et al.* x **ELECTRONICALLY FILED**

Defendants. x

---------------------------------------------------x

**REPLY DECLARATION OF WANG LIANXUE**
**IN SUPPORT OF MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, WANG LIANXUE declares under penalty of perjury as follows:

1. I have reviewed the Declaration of Roy Albert Hewett, as well as the exhibits thereto, and the Memorandum of Law of Plaintiff Afrodite Sea Trade S.A. in Opposition to the Motion to Vacate or to Reduce Order of Attachment of Defendant Benxi Northern Steel Pipes Co. Ltd.

2. I make this Declaration based upon my personal knowledge of the facts and circumstances herein. Insofar as the contents of this Declaration are not within my own direct knowledge, they are true to the best of my information and belief.

3. As I explained in my first declaration, the subject shipment was sold "free on board" ("F.O.B."). A copy of the Commercial Invoice showing the terms of sale is attached hereto as Exhibit "D." The buyer, Ruby Star Pty Ltd. ("Ruby Star"), is owned by East Diamond Inc.

4.      The letter of credit opened by Ruby Star to pay for the subject shipment required that Benxi Northern Steel Pipes Co. Ltd. ("Benxi") present, *inter alia*, a bill of lading issued by Asia Access Express Co. Ltd. ("Asia Express") in order to collect under the letter of credit. *See* Exhibit "E" attached hereto.

5.      Ruby Star instructed its agent, Asia Access Express Co. Ltd., to issue Bill of Lading AAL/JED 040024 on April 25, 2007.  We then presented Bill of Lading AAL/JED 040024 to the bank for payment under the letter of credit.

6.      It is my understanding that Bill of Lading AAL/JED 040024 was re-issued on May 5, 2007 to be used by Ruby Star when the cargo was picked-up at its destination.

7.      It is claimed that a representative of Benxi signed a receipt for Bill of Lading XJ12.  I have looked at the alleged receipt, which is attached as Exhibit "RAH 3" to the Hewett Declaration, and can confirm that the company that allegedly signed for Bill of Lading XJ12 was not a representative of Benxi.  Benxi has no relationship to Tianjin.

8.      In addition to the foregoing, it should be noted that Benxi is a wholly owned joint venture of Beitai Iron & Steel Group Co., Ltd. ("Beitai") and North Steel HK Ltd. ("North Steel").  North Steel is wholly owned by Beitai.  Beitai is 100% owned by the government of the People's Republic of China.  I was unaware of the significance of this fact in connection with maritime attachments under United States law and so did not previously advise Benxi's attorneys of this.


**[DECLARATION CONTINUES ON NEXT PAGE]**

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: March __, 2008
Benxi City, People's Republic of China

WANG LIANXUE

# EXHIBIT

"D"



**Benxi Northern Steel Pipes Co ., Ltd**

北 台 No.138 YUMING ROAD, MINGSHAN DISTRICT, BENXI CITY, LIAONING PROVINCE CHINA

# COMMERCIAL INVOICE

TO: RUBY STAR PTY LTD.
60 MARKET SQUARE PO BOX 364,
BELIZE CITY,BELIZE

INVOICE NO. : 20070326
TOTAL: 1 PAGE

INVOICE DATE: March 26 th, 2007

FROM TIAN JIN XINGANG SEAPORT TO JEDDAH PORT SAUDI ARABIA
DESCRIPTN OF GOODS& / OR SERVICES:
FOB TIANJIN XINGANG PORT
STEEL PIPE
1.24"X9.5MM X12 METER Q'TY: 6 PCS
2.30"X9.5MM X12 METER Q'TY: 3 PCS
3.36"X9.5MM X12 METER Q'TY: 10 PCS
4.48"X9.5MM X12 METER Q'TY: 22 PCS
5.52"X11.9MM X6 METER Q'TY: 16 PCS
6.52"X10.3MM X6 METER Q'TY: 48 PCS
TOTAL Q'TY:105 PCS
AS PER P/I NO.PI07602
DOC.CREDIT NUMBER:7UH1700011001

| Commodity | Size | Quantity | Net Weight | Gross Weight | Unit FOB Price (Usd/Mt) | TotalFOB Value of Goods(Usd) |
|---|---|---|---|---|---|---|
| STEEL PIPE | 24"x9.5mmx12M | 6 Pcs | 10.13 Mt | 10.13 Mt | 625 | 5,318.25 |
| STEEL PIPE | 30"x9.5mmx12M | 3 Pcs | 6.35 Mt | 6.35 Mt | 525 | 3,333.75 |
| STEEL PIPE | 36"x9.5mmx12M | 10 Pcs | 25.43 Mt | 25.43 Mt | 325 | 13,350.75 |
| STEEL PIPE | 48"x9.5mmx12M | 22 Pcs | 74.80 Mt | 74.80 Mt | 525 | 39,270.00 |
| STEEL PIPE | 52"x11.9mmx6M | 16 Pcs | 95.90 Mt | 95.90 Mt | 525 | 19,351.50 |
| STEEL PIPE | 52"x10.3mmx6M | 48 Pcs | 36.86 Mt | 36.86 Mt | 525 | 50,347.50 |
| Total | | 108 Pcs | 249.47 Mt | 249.47 Mt | | 130,971.75 |

Total Quantity in Metric Tons: 249.47 tons
Total Gross Weight: 249,470.00 Kgs
Number of pieces: 105 pieces

Total Net Weight:249,470.00 Kgs
Number of bundles:36 bundles

本溪北方钢管有限公司
BENXI NORTHERN STEEL PIPES CO.,LTD.

AUTHORIZED SIGNATURE

# EXHIBIT

"E"

2007MAR26 09:21:51 LOGICAL TERMINAL BF12
MT S700 ISSUE OF A DOCUMENTARY CREDIT PAGE 00001
MUNI LB26PRQ2
MSGACK DWS7651 AUTH OK, KEY B10608203733DB7?, BKCHCNBJ NBBTTWTP RECORD
BASIC HEADER F 01 BKCHCNBJA82G 1485 806311
APPLICATION HEADER 0 700 1808 070322 NBBTTWTP8893 1936 209392 070322 1803 N
*TAIWAN BUSINESS BANK
*TAIPEI
*(OFFSHORE BANKING BRANCH)
USER HEADER SERVICE CODE 103:
BANK. PRIORITY 113:
MSG USER REF. 108: IMP
INFO. FROM CI 115:
SEQUENCE OF TOTAL *27 : 1 / 1
FORM OF DOC. CREDIT *40 A : IRREVOCABLE
DOC. CREDIT NUMBER *20 : 7OH1700011001
DATE OF ISSUE 31 C : 070322
APPLICABLE RULES *40 E : UCP LATEST VERSION
/
EXPIRY *31 D : DATE 070508 PLACE IN CHINA
APPLICANT *50 : RUBY STAR PTY LTD.
60 MARKET SQUARE PO BOX 364,
BELIZE CITY, BELIZE
BENEFICIARY *59 : BENXI NORTHERN STEEL PIPES
CO., LTD. NO.138 YUMING ROAD
MINGSHAN DISTRICT, BENXI CITY,CHINA
T:86-414-726-1001 F:86-414-726-8888
AMOUNT *32 B : CURRENCY USD AMOUNT 130,971,75
POS. / NEG. TOL.(%) 39 A : 0 / 0
AVAILABLE WITH/BY *41 D : ANY BANK
BY NEGOTIATION
DRAFTS AT ... 42 C : DRAFT AT SIGHT
FOR FULL INVOICE VALUE SHOWING THIS
DOCUMENTARY CREDIT NUMBER
DRAWEE 42 D : TAIWAN BUSINESS BANK
PARTIAL SHIPMENTS 43 P : PROHIBITED
TRANSHIPMENT 43 T : ALLOWED
PORT OF LOADING/AIRPORT
OF DEPARTURE 44 E :
ANY CHINESE SEAPORT
PORT OF DISCHARGE/AIRPORT
OF DESTINATION 44 F :
JEDDAH PORT, SAUDI ARABIA
LATEST DATE OF SHIP. 44 C : 070426
DESCRIPT. OF GOODS 45 A :
FOB CHINESE PORT
STEEL PIPE
1. 24'' X 9.5 MM X 12 METER Q'TY : 6 PCS
2. 30'' X 9.5 MM X 12 METER Q'TY : 3 PCS
3. 36'' X 9.5 MM X 12 METER Q'TY : 10 PCS
4. 48'' X 9.5 MM X 12 METER Q'TY : 22 PCS
5. 52'' X 11.9 MM X 6 METER Q'TY : 16 PCS
6. 52'' X 10.3 MM X 6 METER Q'TY : 48 PCS
TOTAL Q'TY : 105 PCS
AS PER P/I NO.PI07802
DOCUMENTS REQUIRED 46 A :
+SIGNED COMMERCIAL INVOICE IN THREE COPIES INDICATING THIS CREDIT NUMBER.
+FULL SET OF CLEAN ON BOARD MARINE BILLS OF LADING ISSUED BY ASIA ACCESS EXPRESS CO., LTD, TEL: 755-8231-6519 ATTN: MR. MIAO CONSIGNED TO RUBY STAR PTY LTD NOTIFY EAST DIAMOND INC. 2F-1, NO.5, JINZHOU STREET, TAIPEI, TAIWAN MARKED 'FREIGHT COLLECT' AND FREIGHT PAID BY APPLICANT, INDICATING THIS CREDIT NUMBER,
AND SHIPMENT EFFECTED BY BULK CARRIER

2007MAR26 09:21:51 LOGICAL TERMINAL E212
MT S700 ISSUE OF A DOCUMENTARY CREDIT PAGE 00002
FUNC LSZGPR02

+SIGNED PACKING LIST IN 3 COPIES.
+CERTIFICATE OF ORIGIN.
+MILL INSPECTION CERTIFICATE IN 3 SETS.
+MATERIAL CERTIFICATE.
+BENEFICIARY'S CERTIFICATE STATING THAT:
ONE COPY OF BILL OF LADING, COMMERCIAL INVOICE, PACKING LIST, MILL INSPECTION CERTIFICATE AND MATERIAL CERTIFICATE HAVE BEEN MAILED BY COURIER TO EAST DIAMOND INC. (ADD: 2F-1, NO.5, JINZHOU STREET, TAIPEI, TAIWAN).
THE COURIER RECEIPT MUST BE PRESENTED UPON NEGOTIATION.

ADDITIONAL COND. 47 A :
+IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE THE DOCUMENTS AND EFFECT SETTLEMENT, NOTWITHSTANDING ANY PRIOR COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.
+TO NEGOTIATING BANK: WE WILL REMIT PROCEEDS TO YOU IN ACCORDANCE WITH YOUR INSTRUCTIONS AFTER DEDUCTING ALL RELATIVE REIMBURSING CHARGES INCURRED.
+DISCREPANCY FEE OF USD80.00 WILL BE FOR ACCOUNT OF THE BENEFICIARY IF DOCUMENTS CONTAINING DISCREPANCIES ARE PRESENTED TO YOU UNDER THIS CREDIT.
+IF DISCREPANT DOCUMENTS ARE PRESENTED, WE WILL SEEK THE APPLICANT'S APPROVAL TO TAKE UP DOCUMENTS DESPITE DISCREPANCIES. IF THE APPLICANT ACCEPTS ANY SUCH DISCREPANT PRESENTATIONS THIS WILL NOT IMPLY THAT THE LETTER OF CREDIT IS THEREBY AMENDED OR EXTENDED.

DETAILS OF CHARGES 71 B : +ALL BANKING CHARGES EXCEPT L/C OPENING CHARGE IF ANY ARE FOR ACCOUNT OF BENEFICIARY.

PRESENTATION PERIOD 48 : +DOCUMENTS MUST BE PRESENTED FOR NEGOTIATION WITHIN 18 DAYS FROM THE DATE OF SHIPMENT, BUT WITHIN THE VALIDITY OF THIS CREDIT.

CONFIRMATION *49 : WITHOUT

INSTRUCTIONS 78 :
+FOR REIMBURSEMENT: ON RECEIPT OF DOCUMENTS CONFORMING TO THE TERMS AND CONDITIONS OF THIS CREDIT, WE UNDERTAKE TO REIMBURSE THE NEGOTIATING BANK AT SIGHT IN ACCORDANCE WITH THEIR INSTRUCTIONS.
+NEGOTIATING BANK MUST FORWARD ALL DOCUMENTS TO OUR OFFSHORE BANKING UNIT
3F, NO.30, TA CHENG STREET TAIPEI 103, TAIWAN R.O.C.
BY COURIER SERVICE IN ONE COVER.

TRAILER ORDER IS <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
MAC:E0D8933B
CHK:9A8E2E182D4B
PM BKCHCNBJA510 070323 1441

S.W.I.F.T.